1007

[No. 68394-2-I.   Division One.   October 8, 2012.]

MARTINUS TILLMAN, *Respondent*, v. THE DEPARTMENT OF LICENSING, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-35499-9, Suzanne M. Barnett, J., entered December 5, 2011. *Reversed* by unpublished per curiam opinion.

[No. 42443-6-II.   Division Two.   October 9, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TONIE MARIE WILLIAMS-IRBY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-02786-4, Frederick W. Fleming, J., entered July 15, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 30075-7-III.   Division Three.   October 9, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDAL LEE RAPH, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 10-1-00036-4, Allen Nielson, J., entered June 17, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Sweeney and Siddoway, JJ.

[No. 29768-3-III.   Division Three.   October 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JONAS JACKSON KEYS IV, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 10-1-00118-4, Brian P. Altman, J., entered March 9, 2011. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Brown, J.